Kennedys Law LLP
*Attorneys for Plaintiff*
*Roanoke Insurance Group Inc.*
John A. Orzel
Jonathan W Thames,
*pro hac vice*, to be submitted
120 Mountain View Boulevard
Basking Ridge, New Jersey  07920
(917) 862-0043
(415) 323-4464
John.orzel@kennedyslaw.com
Jonathan.thames@kennedyslaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ROANOKE INSURANCE GROUP, INC.,**

                          **Plaintiff,**                     **COMPLAINT**

   **-Against-**

**KUEHNE + NAGEL INC. d/b/a**                   **21-CV-10172-RA**
**BLUE ANCHOR AMERICA LINE and**
**SHIPCO TRANSPORT,**

                          **Defendants.**

---

    Plaintiff Roanoke Insurance Group Inc. ("Roanoke"), by and through its attorneys, Kennedys Law LLP, as and for its Complaint against the above-named Defendants, alleges upon information and belief as follows:

    1.  This subrogation action arises from an intermodal shipment of 5622 packages of various goods and merchandise (the "Cargo") transported in part by ocean carriage from Yantian, China to various US destinations by way of the Ports of Los Angeles and Long Beach, California.

2.  This action is comprised of admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Honorable Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1333.

3.  The U.S. District Court for the Southern District of New York is the proper venue for this action by virtue of the forum-selection clauses contained in the operative bills of lading, sea waybills, terms and conditions of service, and/or contracts of carriage for the shipment at issue. Defendants also have consented to the personal jurisdiction of this Honorable Court by virtue of the same forum-selection clause.

4.  At all times relevant hereto, Plaintiff Roanoke was and now is a corporation organized and existing under the law of the State of Illinois, with a principal office and place of business located at 1475 E Woodfield Rd., Ste 500, Schaumburg, IL, 60173-4903, and was and now is engaged in, inter alia, the business of insuring goods in transit, and adjusting and paying the claims of its insureds for cargo loss/damage.

5.  At all times relevant hereto, Defendant Kuehne + Nagel Inc. d/b/a Blue Anchor America Line ("Kuehne + Nagel") was and now is a stock corporation organized and existing under New York law, with an office and place of business at 10 Exchange Pl., Jersey City, New Jersey, and was and now is engaged in business as an ocean transportation intermediary and/or non-vessel-operating common carrier ("NVOCC"), issuing bills of lading and/or sea waybills for the common carriage of goods aboard certain ocean-going vessels, and in particular issued Sea Waybill No. BANQSZX1684682 to Kids II, Inc., covering goods contained in container TCLU5990033 ("Kuehne + Nagel Cargo"). Kuehne + Nagel's registered agent for service of process in the State of New York was and now is Kuehne + Nagel Inc., 28 Liberty St., New York, NY 10005.

2

6.  At all times relevant hereto, Kids II, Inc., ("Kids II)") was the consignee and/or owner of the Cargo, as well as an "assured" under a certain insurance policy issued by Roanoke.  Pursuant to a claim made under said policy then in full force and effect, and prior to the commencement of this action, Roanoke reimbursed Kids II for the loss and damage at issue, and thereby became subrogated to all of Kids II's  rights, remedies, claims, and causes of action with respect to the Kuehne + Nagel Cargo, including the claims asserted against Defendants herein.

7.  At all times relevant hereto, Defendant Shipco Transport ("Shipco") was and now is a stock corporation organized and existing under New Jersey law, with an office and place of business at 127 Main St., Chatham, NJ 07928, and was and now is engaged in business as an ocean transportation intermediary and/or non-vessel-operating common carrier ("NVOCC"), issuing bills of lading and/or sea waybills for the common carriage of goods aboard certain ocean-going vessels, and in particular issued Bill of Lading No. 21946658 to Transfair North America International Freight Services, LLC d/b/a Transfreight Express Lines ("Transfair") FBO its customer, covering goods contained in container TCKU6024504/HLD9854297 ("Shipco Cargo"). Shipco's registered agent for service of process in the State of New York was and now is CT Corporation Systems, 28 Liberty St., New York, NY 10005.

8.  At all times relevant hereto, Transfair was the consignee of the Shipco Cargo, as well as an "assured" under a certain insurance policy issued by Roanoke.  Pursuant to a claim made under said policy then in full force and effect, and prior to the commencement of this action, Roanoke reimbursed Transfair and/or its designee for the loss and damage at issue, and thereby became subrogated to all of Transfair's and its designee's rights, remedies, claims, and causes of action with respect to the Shipco Cargo, including the claims asserted against Defendants herein.

9.  In November 2020 the Cargo was tendered to Defendants (and/or their agents, servants, or subcontractors) in good order and condition, and suitable in every respect for the intended transportation, which Defendants received, accepted, and agreed to transport for certain consideration by intermodal carriage from Yantian, China to various locations in the US via the Port of Long Beach, California aboard the M/V ONE APUS, Voy. 006E.

10. However, Defendants delivered the Cargo, or portions thereof, in damaged condition, or failed to deliver said Cargo at all, certain containers having gone overboard during the voyage from Yantian to Long Beach.

11. By reason of the premises, Defendants failed to deliver the Cargo to destination in the same good order and condition as it was received; breached and violated their common law, contractual, and/or statutory duties and obligations as common carriers and bailees of the Cargo; breached the contract(s) of carriage; were negligence and careless in the handling of the Cargo; and were otherwise at fault for the loss and damage alleged herein.

12. Roanoke and its subrogors have performed all duties, obligations, and conditions precedent to be performed on their part with respect to the Cargo and the commencement of suit for the loss and damage thereto.

13. By reason of the premises, Roanoke has sustained damages in the amount of no less than $186,731.71, no part of which has been paid although duly demanded.

**WHEREFORE,** Plaintiff Roanoke prays:

(i) that process in due form of law may issue against Defendants according to the practice of this Honorable Court, citing them to appear and answer the foregoing;

(ii) that judgment be entered against Defendants, jointly and severally, in the amount of Plaintiff's damages, together with costs, interest, and reasonable attorney's fees; and

(iii) for such other and further relief as the Court may deem just and proper under the circumstances.

Dated:  November 30, 2021
       New York, New York

                    Kennedys CMK LLP
                    Attorneys for Plaintiff
                    *Roanoke Insurance Group Inc.*

                    John A. Orzel
                    Jonathan W Thames,
                    *pro hac vice*, to be submitted
                    120 Mountain View Boulevard
                    Basking Ridge, New Jersey  07920
                    (917) 862-0043
                    (415) 323-4464
                    John.orzel@kennedyslaw.com
                    Jonathan.thames@kennedyslaw.com